*United States District Court*

_____ **MIDDLE** _____ **DISTRICT OF** _____ **ALABAMA** _____

UNITED STATES OF AMERICA                    CRIMINAL COMPLAINT

v.                                                                         CASE NUMBER: 2:12mj45CSC

CHRISTOPHER PATRICK GUNN

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 20, 2012,__ in __Montgomery__ county, in the

_____ Middle _____ District of _____ Alabama _____ the defendant,

did possess child pornography,

in violation of Title _____ 18 _____ United States Code, Section _____ 2252A(a)(5)(B) _____ .

I further state that I am a __Special Agent with the Federal Bureau of Investigation__ and that this complaint is
                                                                Official Title
based on the following facts:

See attached Affidavit which is incorporated by reference herein.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

MARCH 20, 2011 _____   at   __Montgomery, Alabama_____
Date                                                               City and State

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE   _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF FEDERAL COMPLAINT**

I, Erik K. Doell, having been duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) currently assigned to the Mobile Division and stationed in Montgomery, Alabama. I have been so employed since February 17, 2009. As part of my regular duties, I am authorized to investigate matters involving interstate extortion (18 U.S.C. §§ 875 and 1952) and child pornography (18 U.S.C. §§ 2251, 2252, and 2252A).. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. I have also participated in the execution of search warrants which involved child exploitation and/or child pornography offenses.

2. I am investigating the activities of CHRISTOPHER PATRICK GUNN. As will be shown below, there is probable cause to believe that, over the course of the past year, GUNN has committed numerous federal law violations, including violations of 18 U.S.C. §§ 875(d), 1952, 2251, and 2252A.

3. I submit this affidavit in support of a federal criminal complaint and warrant authorizing the arrest of CHRISTOPHER PATRICK GUNN for possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). This affidavit does not contain all of the facts and information currently known to me concerning the investigation; rather, I have set forth only those facts that I believe are necessary to establish probable cause to believe that GUNN has violated 18 U.S.C. § 2252A(a)(5)(B).

**PROBABLE CAUSE**

4. On April 7, 2011, Prattville, Alabama Police Department investigators were contacted by an officer assigned to the Prattville Junior High School, Prattville, Alabama, in reference to an unidentified subject soliciting young girls for inappropriate acts over Facebook using the name "Tyler Mielke."

5. Officers met with several of the juveniles at Prattville Junior High School while accompanied by a guidance counselor. The juveniles stated that a subject that goes by the name "Tyler Mielke" had contacted them on Facebook with a Friend Request or through the Facebook Messaging Service. Once they accepted him as a friend and he had gained their trust through chatting, all the juveniles stated he would ask them their bra size. The juveniles stated that the subject would then question them in reference to their sex life. If the female juveniles had not ended the conversation by this point, the subject would then ask them to send him a picture of their breasts.

1

6. If the subject did not get a picture, he would then proceed to tell the juveniles that he was going to e-mail their conversation to the school principal or post it on Facebook for everyone to see. The subject also made telephone calls to several of the juveniles. Utilizing "spoofing" technology, he made the calls look as if they were coming from the Prattville Junior High School. The phone number that showed up on the juveniles' caller ID, however, was the incoming line to the Prattville Junior High. [When an outgoing phone call is placed from Prattville Junior High, it shows up on a caller ID as a different number.]

7. The subject told the juveniles that he was a freshman at Montgomery Academy in Montgomery, Alabama. Prattville Police Department Investigators confirmed that no-one by the name of "Tyler Mielke" has ever attended Montgomery Academy.

8. Tyler Mielke's Facebook page, which was assigned Facebook user ID 100001247998286, stated that he was a senior at South Walton High School in Florida. Prattville Police Department Investigators confirmed with the Walton County Sheriff's Office that a "Tyler Mielke" does not and has not attended South Walton High School.

9. On April 12, 2011, Prattville Police Department Investigators contacted the Facebook Law Enforcement Hotline to request the Internet Protocol (IP) addresses that were used to login to Facebook ID 100001247998286. Facebook provided those login addresses, including the IP address 24.158.234.87, all of which were shown to be assigned to Charter Communications. Charter informed the Prattville investigators that on the dates and times in question, the IP address 24.158.234.87 was assigned to a subscriber at 2 Creek Drive, Montgomery, Alabama, 36117.

10. On April 14, 2011, Prattville investigators executed a state search warrant at the residence of CHRISTOPHER PATRICK GUNN, 2 Creek Drive, Montgomery, Alabama, 36117, wherein four (4) computers, an external hard drive, and 3 flash drives were seized, along with other items. Upon examination of the computers, information was derived showing that one of the computers had accessed the "Tyler Mielke" Facebook account, as well as another Facebook account with the name, "Jason Lempke" (Facebook user ID 100001454978305).

11. The forensics were conducted, in part, through the use of a software program called Internet Evidence Finder. Through the use of this tool, information was derived that the "Jason Lempke" account had been used in the same manner to target juvenile females. Files referencing the "Jason Lempke" profile were saved onto the computer.

12. The investigation revealed that the subject routinely searches for female juveniles on Facebook in the surrounding area and sends them a Friend Request or message to chat with him. From January 2011 through April 2011, the subject contacted or attempted to contact over 250 separate juvenile females in the greater Montgomery area utilizing the user name of "Tyler Mielke."

13. On or about September 12, 2011, I was informed by the Biloxi, Mississippi Police Department that an individual utilizing the email address dalton.powers1@yahoo.com, and having taken over the Facebook account of Tiffanywilson123@yahoo.com, was contacting juvenile females and coercing them to send naked or topless photographs of themselves to him. The individual would then direct the juvenile female to get on Skype, threatening that if she refused, he would send the pictures to the girl's family members.

14. The Biloxi Mississippi Police Department's investigation revealed that the individual committing these offenses was using an IP address assigned to William Dudley of 8444 Melbourne Circle, Montgomery, Alabama.

15. On September 30, 2011, I received from the Livingston Parish, Louisiana Sheriff's Office information that an individual utilizing the Facebook name "CJ HARPER," hereafter "CJ," and email addresses of dalton.powers1@yahoo.com and cj.harper123@yahoo.com, had contacted numerous minor females in Louisiana through Facebook, Skype, text messaging, and Tinychat.

16. Three underage females – (1) M.L. a 12 year old juvenile female, (2) K.H. a 14 year old juvenile female, and (3) K.B. a 15 year old juvenile female – all corresponded with the individual using the name "CJ HARPER" on Facebook, via email and other electronic means, and sent "HARPER" pictures of themselves nude or in a state of partial undress. Two of the females – K.H. and K.B. – also peformed lewd and lascivious acts on themselves for "HARPER" on webcam.

17. The Livingston Parish Sheriff's Office, through their investigation, traced some of the IP addresses assigned to the dalton.powers1@yahoo.com email address between July, 2, 2011 and August 26, 2011. The addresses returned to a Nancy Hilburn of 1554 Worthing Road, Montgomery, Alabama and to the Drury Inn located at 1224 Eastern Blvd, Montgomery, Alabama.

18. I met with Jeffery Hilburn, husband of Nancy Hilburn, who stated that he and his wife had gone on a trip to the Dominican Republic for a week in July, 2011. During this time, they had an individual named Graham Gunn housesit for them.

19. Subsequent interviews of Graham Gunn, as well as Jonathan Drew Dudley (another individual who had been at the residence) provided information that CHRISTOPHER GUNN had also been present at the residence on some of the dates and times in question and had used a laptop computer on the wireless network at that location. The investigation further revealed that CHRISTOPHER GUNN was very secretive of his activities on his laptop and kept others from viewing what he was doing.

20. Additional investigation has shown additional IP addresses associated with the Livingston Parish, Louisiana victims, including an IP address assigned to a William Dudley (father of Jonathan Drew Dudley) of 8444 Melbourne Circle, Montgomery, Alabama. Jonathan Dudley provided information that, during the time periods relevant to this investigation, CHRISTOPHER GUNN had used the wireless network at his father's

house, sometimes accessing the internet on the Dudley family laptop computers and other times accessing the internet on GUNN's own laptop computer.

21. On December 29, 2011, in response to a federal subpoena, Facebook provided the following list of accounts associated with Facebook User ID: 7033401, which is the Facebook account belonging to CHRISTOPHER GUNN:

| Email Address | Name | Facebook ID Number |
|---|---|---|
| christopher.gunn@auburnalum.org | Christopher Gunn | 7033401 |
| daltonwalthers@yahoo.com | Dalton Walthers | 100002363006624 |
| danielappleton96@aol.com | Daniel Rodgers | 100002381223343 |
| claytontowers@live.com | Dalton Powers | 100002463722186 |
| tiffanilynn123@yahoo.com | Dalton Powers | 100002559556844 |
| dalton.powers1@yahoo.com | CJ Harper | 100002609199164 |
| daltonpowers1@hotmail.com | CJ Harper | 100002663553779 |
| justinqasabc123@yahoo.com | Justin Babin | 100003184960188 |

22. Upon review of the limited profile of the account linked to danielappleton96@aol.com, the user posted profile picture resembles the same pictures posted on the other Facebook accounts which were utilized to contact underage females and have them email sexually explicit photographs, specifically to the dalton.powers1@yahoo.com account. The danielappleton96@aol.com account was created on May 9, 2011 and was identified by Facebook as being active, with the most recent login on October 7, 2011.

23. Through interviews, I learned that GUNN was using cellular telephone number (402) 213-4054, and from October 21, 2011, through November 19, 2011, pursuant to a federal search warrant issued in the Middle District of Alabama, I tracked that phone. The tracking that I conducted showed that the phone was located at 2 Creek Drive, Montgomery, Alabama, during the majority of the aforementioned time period.

24. GUNN is currently on probation from an arrest in Florida, and Alabama Probation Officer Chanda Dasinger is currently monitoring GUNN. In January 2012, during a home visit at 2 Creek Drive, Montgomery, Alabama, Officer Dasinger noticed a gray laptop computer in the living room where GUNN was located. Additionally, what was described as "numerous wireless devices" were seen in GUNN's bedroom.

25. On Tuesday, March 20, 2012, I and other FBI agents executed a federal search warrant at GUNN's residence, located at 2 Creek Drive in Montgomery. GUNN and his mother, Patricia Gunn, were present when the warrant was executed. During the warrant execution, agents located a gray, Acer Aspire One laptop computer and a Samsung SPH-M820, MEID: A000002A78FFE1 cell phone stowed underneath the mattress in the guest bedroom. The charger for the laptop and the charger for the phone were both found plugged into the wall and were lying on the bed in the room being occupied by GUNN.

4

When agents powered the Samsung phone on and dialed (402) 213-4054, the Samsung phone rang.

26. On Tuesday, March 20, 2012, ABI forensic examiner Christopher E. Hall performed a forensic examination of the Samsung phone. During the examination, Hall reported observing several images of young females posing topless in the mirror, as well as a photograph of a blonde female posing totally nude in the mirror.

27. On Tuesday, March 20, 2012, FBI CART examiner Paul Weathersby performed a forensic preview of the laptop computer, during which time I observed several images of young females posing nude and/or in various states of undress. Many of the images were found in the computer's Recycle Bin; other images were found saved to the hard drive of the computer. Also located on the hard drive of the computer were several video files depicting minors engaging in sexually explicit conduct, including one video in which a prepubescent female is vaginally penetrated by an adult male. Weathersby also found forensic evidence that the Samsung phone had been plugged into the Acer laptop computer.

## CONCLUSION

28. Based upon the information set forth above, there is probable cause to believe that, on March 20, 2012, CHRISTOPHER PATRICK GUNN knowingly possessed child pornography on the laptop computer found within his residence at 2 Creek Drive in Montgomery, Alabama.

29. I respectfully request that the Court issue a warrant authorizing the arrest of CHRISTOPHER PATRICK GUNN for knowingly possessing child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Erik K. Doell, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me this 20th day of March, 2012.

Charles S. Coody
United States Magistrate Judge

5